## Frank Reidel, Appellee, v. Sherwood Camp et al., Defendants. Homer English, Appellant.

### Gen. No. 9,287.

Heard in this court at April term, 1941; opinion filed November 3, 1941. Costigan, Wollrab & Yoder, for appellant; Stone & Taylor and William R. Bach, for appellee. Opinion by JUSTICE RIESS. ''Not to be published in full.''